IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Paul F. Wallar,                    :

        Plaintiff,                 :

    v.                             :    Case No. 2:08-cv-0370

                                   :    JUDGE MARBLEY
Commissioner of Social
Security,
                                   :
        Defendant.

                              ORDER


    This matter is before the Court to consider de novo the
plaintiff's objections to a Report and Recommendation of the
Magistrate Judge recommending that judgment be entered in favor
of the Commissioner.  For the following reasons, those objections
will be overruled and judgment will be entered for the defendant.

    Plaintiff raises two objections to the Report and
Recommendation.  First, he asserts that the Magistrate Judge
should not have affirmed the Commissioner's conclusion that he
can perform a reduced range of medium work in light of his
degenerative disc disease.  Second, he argues that the Magistrate
Judge should not have affirmed the Commissioner's finding that
his mental impairment became disabling only after September 1,
2005.

    As the Commissioner's response to plaintiff's objections
notes, there was not a great amount of evidence in the record
about plaintiff's physical impairment.  No treating source
expressed any opinion about how much that impairment limited
plaintiff's activities.  For the same reasons articulated in the
Report and Recommendation, the Court concludes that the
Commissioner was entitled to rely on the assessment done by the
state agency reviewing physician and to find that plaintiff could

do a reduced range of medium work.

Plaintiff's second objection is not supported by any specific reasons why the Report and Recommendation did not deal adequately with the question of when his disability commenced. The Report and Recommendation concluded that the Commissioner was entitled to rely on Dr. Buban's opinion on this issue, and, as it points out, evidence of an earlier onset of a disabling condition was slight or non-existent. The Court finds no error in the way in which the Report and Recommendation dealt with this issue.

For these reasons, the plaintiff's objections to the Report and Recommendation of the Magistrate Judge are OVERRULED, and the Report and Recommendation is ADOPTED. The plaintiff's statement of errors is OVERRULED, the decision of the Commissioner is AFFIRMED, and the Clerk is directed to enter judgment in favor of the defendant Commissioner.


                    <u>s/Algenon L. Marbley</u>
                    Algenon L. Marbley
                    United States District Judge